UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　　v.<br>ROGER RUIZ,<br><br>　　　　　　　Defendant. | Case No.:　CR 01-01335-DDP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CENTRAL__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　　Unknown background information
　　　Unknown bail resources
　　　Nonncompliance with U.S. Probation
　　　Immigration status

1

1 and/or

2 B.   (X)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:
6         Presentence allegations
7         Extensive crimimal history

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated:   November 4, 2014

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge